```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  ROGER DOYLE
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    STANLEY O. STODDARD
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-05-552 KJM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| STANLEY O. STODDARD | ) Date: April 10, 2006 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

　　IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW STEGMAN, Assistant United States Attorney, and defendant, STANLEY O. STODDARD, by and through her counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for February 23, 2006 be reset for Thursday, March 23, 2006 at 10:00 a.m. and that jury trial set for March 13, 2006 be reset for Thursday, April 10, 2006 at 10:00 a.m.

　　This continuance is being requested so that arguments may be heard and an order given on the motion to dismiss that has been filed. Defendant agrees to a 30-day toll of the Speedy Trial Act provisions

for the time period March 1, 2006 until March 30, 2006.  Speedy trial time is excluded from the date of this order through the date of the jury trial set on April 10, 2006, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) [reasonable time to prepare] (Local Code E).

Dated: February 15, 2006

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

/s/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
STANLEY O. STODDARD

DATED: February 16, 2006

McGREGOR SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant United States Attorney

**O R D E R**

The trial confirmation hearing is hereby continued from February 23, 2006 to Thursday, March 23, 2006 at 10:00 a.m., and the jury trial is hereby continued from March 13, 2006 to Monday, April 10, 2006 at 10:00 a.m. for the reasons stated above and by agreement of the parties. Speedy trial time is excluded from the date of this order through the date of the trial confirmation hearing on March 23, 2006, based on 18 U.S.C. § 3161 (h)(1)(F) [time to resolve pending motions] (Local Code E).

IT IS SO ORDERED.

Dated: February 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE