IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STANLEY ORSON STODDARD,<br><br>    Defendant | Cr. No. S-05-552 KJM<br><br>ORDER CONTINUING BRIEFING AND HEARING ON DEFENSE'S MOTION TO DISMISS, TRIAL CONFIRMATION HEARING, AND JURY TRIAL<br><br>DATE: March 9, 2006<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Kimberly J. Mueller |

**O R D E R**

The court having considered the stipulation of the parties, the supplemental filing of the government and good cause appearing, IT IS HEREBY ORDERED as follows:

The government's response to the defendant's motion to dismiss shall be filed by March 14, 2006, and the defendant's reply shall be filed by March 20, 2006.

The hearing on the defendant's motion to dismiss is hereby continued from March 9, 2006 to March 23, 2006, at 10:00 a.m.

1

1         The trial confirmation hearing is hereby continued from
2 March 23, 2006, to April 6, 2006 at 10:00 a.m.
3         The jury trial is hereby continued from April 10, 2006
4 to April 24, 2006 at 10:00 a.m.
5         Speedy trial time is excluded from the date of this
6 order through the date of the jury trial set on April 24, 2006,
7 pursuant to 18 U.S.C. § 3161(h)(1)(F) [reasonable time to
8 prepare] (Local Code E).
9     IT IS SO ORDERED.
10 Dated: March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2