IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  No. CR-S-05-0552 KJM

    vs.

STANLEY ORSON STODDARD,

    Defendant.                              <u>ORDER</u>

_____/

        On March 23, 2006, this case was on calendar for defendant's motion to dismiss the information. Roger Doyle, Certified Law Student, and Livia Morales, Assistant Federal Defender appeared for defendant, who was present. Abram Watts, Certified Law Student, appeared for the United States.

        Within seven days of the date of this order, the defense may submit any evidence mentioned during argument in support of its motion to dismiss. Within seven days from the date

/////
/////
/////
/////
/////

1

1 the defendant files any such evidence, the government may file objections to the evidentiary
2 showings. The matter thereafter will be submitted.
3       IT IS SO ORDERED.
4 DATED: March 23, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

2 stodd0552.ev