DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
LIVIA R. MORALES, Bar No. 224504
Staff Attorney
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
STANLEY ORSON STODDARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-05-552 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY ORSON STODDARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties hereto through their respective counsel, Assistant United States Attorney Matthew Stegman, and defendant Stanley Orson Stoddard, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for June 1, 2006 at 10:00 A.M. and the trial date now scheduled for June 19, 2006 at 10:00 A.M. should be vacated.  The parties agree that the case should be calendared for status/change of plea on June 22, 2006 at 10:00 A.M. and for trial on July 10, 2006.

    The parties have come to an agreement about a disposition in this matter.  Time is needed to go over the proposed disposition in detail with the defendant once it has been drafted and to ensure that the U.S. Marshals have adequate time to arrange for

transportation of the defendant to court because he is now in state custody.

It is stipulated that the period from June 1, 2006 until June 22, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel; and 18 U.S.C. § 3161 (h)(3)(A) and Local Code M for unavailability of the defendant.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney
```

DATED:  May 31, 2006          /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U. S. Attorney


DATED:  May 31, 2006          /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              STANLEY ORSON STODDARD


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: June 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2