# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. NO. S-05-552 KJM |
| ) | |
| STANLEY ORSON STODDARD ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (**X**) Ad Prosequendum         ( ) Ad Testificandum.
Name of Detainee:   <u>Stanley Orson Stoddard</u>

Detained at (custodian):  <u>Sierra Conservation Center; CDC No. T56071</u>

Detainee is: a.)  (**x**) charged in this district by:
        ( ) Indictment   (**x**) Information   ( ) Complaint
        Charging Detainee With: **18 U.S.C §111(a), and 18 U.S.C. §13, CVC §23152**
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (**x**) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on 6/22/06 at 10 a.m., before the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, at U.S. Federal Court House, 501 I Street, Eighth Floor, Sacramento, California.*

        Signature: <u>/s/ Matthew C. Stegman</u>
        Printed Name & Phone No: <u>Matthew C. Stegman; 916-554-2807</u>
        Attorney of Record for: <u>United States of America</u>

## WRIT OF HABEAS CORPUS
     (**X**) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on 6/22/06 at 10 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: June 2, 2006.

                 _____
                 UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | none | Male **x** | Female |
| Booking or CDC #: | <u>T56071</u> | DOB: | |
| Facility Address: | 5100 O'Byrnes Ferry Road | Race: | |
| | Jamestown, CA 95327 | FBI #: | 67553T10 |
| Facility Phone: | 209-984-5291 ex 5454 | | |

**RETURN OF SERVICE**

Executed on _____ by _____    _____
                   (Signature)